# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 96-60633

---

UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY OF THE UNITED
STATES AND CANADA., AFL-CIO, Local 198,
Health and Welfare Fund,

Petitioner-Cross Respondent,

versus

NATIONAL LABOR RELATIONS BOARD,

Respondent-Cross Petitioner.

---

Petition for Review and Cross-Petition for Enforcement
of an Order of the National Labor Relations Board
(15-CA-12531)

---

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This matter is before the court on petition for review by United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada., AFL-CIO, Local 198, Health and Welfare Fund, of an order of the National Labor Relations Board, and for the enforcement thereof by the Board. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding no basis for granting a petition for review or for denial of enforcement of the challenged ruling, the petition for review is DENIED and the order for enforcement is GRANTED.